IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO: 5:11-cv-772-H2

| | |
|---|---|
| Mariana Diego, individually and as next friend to minor Y.D.D.; Gerardo Diaz, individually and as next friend to minor Y.D.D.; Y.D.D., minor,; Silvana Patricia Motta Mendez, individually and as next friend to minors F.S., A.S., and J.S.; Angel Fabio Suarez, individually and as next friend to minors F.S., A.S., and J.S.; F.S., minor; A.S., minor; J.S., minor; on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) |
| Plaintiffs | ) ) |
| v. | ) ) |
| Hisidoro Armenta, d/b/a Chevo & Sons Harvesting; Berta Araujo-Jimenez, d/b/a Chevo & Sons Harvesting; and Chevo Armenta, d/b/a Chevo & Sons Harvesting; | ) ) ) ) ) ) |
| Defendants. | ) ) ) |

ORDER

THIS MATTER coming on to be heard before the undersigned Judge presiding in the United States District Court for the Eastern District of North Carolina, on Plaintiffs' Motion to Permit Plaintiff Parents to Proceed on Behalf of Their Minor Children., and the Court having heard and considered this matter being of the opinion that this motion should be allowed;

NOW, THEREFORE, it is ORDERED that Plaintiffs Mariana Diego and Gerardo Diaz

may proceed on behalf of their child, minor Y.D.D., and Plaintiffs Silvana Patricia Motta Mendez and Angel Fabio Suarez may proceed on behalf of their children, minors F.S., J.S., and A.S.

SO ORDERED this the 9th day of April 2012

*[signature]*
U.S. District Judge